(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miriam Draiman** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 4403 | Last four digits of Soc. Sec No./Complete EIN or other Tax I.D.No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2743 W Fitch Avenue, Chicago, Illinois 60645** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: USA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

*Stamp: Chapter 13 W/No Plan*
*Stamp: NO DISKETTE*

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other ___
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [✓] Business

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application...

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50M+ |
|---|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50M+ |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [✓] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/23/2005
Time: 13:38:34
Debtor: MIRIAM DRAIMAN
Case: 05-20535    Fee : 194
Chapter: 13    Rec. # : 3131329
Judge: Carol Doyle
341 mtg: 06/20/2005 @ 01:00PM
ConfHrg: 07/07/2005 @ 10:30AM
Trustee: MARILYN MARSHALL

1:05BK20535-BK001

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Miriam Draiman |
|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | |
| Location Where Filed: Northern District of Illinois | Case Number: 03 B 13318<br>04 B 10328 | Date Filed: 3-25-2003<br>March 16, 2004 |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |
|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_    5-23-05
Signature of Debtor

X _____
Signature of Joint Debtor

773-743-3000
Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Miriam Draiman - 2743 W. Fitch Ave., Chicago, IL. 60645
Initial preliminary list of creditors as of 5/23/2005
Creditors list to be supplemented. (All figures are approximate)

| Creditor | Type | Amount |
|---|---|---|
| First Commercial Bank<br>6945 N. Clark St., Chicago, IL. 60626 | (1st Mtg. Equity) | $410,000.00 |
| David Draiman<br>2743 W. Fitch Ave., Chicago, IL. 60645 | (2nd Mtg.)<br>(Loan) | $145,000.00<br>$ 30,000.00 |
| Ashman Law Offices, LLC – Suite 3375<br>161 N. Clark St., Chicago, IL. 60604 | (Fees) | $ 97,887.04 |
| Benjamin Bernemann and Brom LLC<br>216 W. Jackson Blvd., Suite 330, Chicago, IL. 60606 | | $ 4,500.00 |
| Azulay, Horn & Seiden, LLC (Glen Seiden - only)<br>205 N. Michigan Ave., 40th Fl., Chicago, IL. 60601 | | $ 30,000.00 |
| Lawrence Y. Schwartz<br>7350 N. Lincoln Ave., Lincolnwood, IL. 60712 | | $ 9,500.00 |
| Credit cards (Misc.)<br>Asset acceptance LLC, PO Box 2036, Warren, MI 48090 | | $ 90,000.00 |
| NCO Financial Systems<br>507 Prudential Road, Horsham, PA. 19044<br>P.O. Box 41417, Philadelphia, PA. 19101 | | $27,000.00 |
| Financial Asset Mgmt Systems, Inc.<br>1967 Lakeside Parkway, Suite 400, Tucker, GA. 30084<br>P.O. Box 926050, Norcross, GA. 30010-6050 | | $ 7,400.00 |
| Multiut ~~Electric~~ Inc<br>7514 Skokie Blvd, Skokie IL. 60077 | DISPUTED | |
| Benjamin Draiman<br>2743 W. Fitch Ave., Chicago, IL. 60645 | | $ 50,000.00 |
| Shlomo & Gila Giberstein<br>120 Orange Dr., Los Angeles, CA. | | $ 95,000.00 |
| Ziona Draiman<br>2743 W. Fitch Ave., Chicago, IL. 60645 | | $98,000.00 |
| Misc. Assorted debts<br>c/o Alliance One, PO Box 1961, Southgate, MI 48195 | | $88,000.00 |

This list of creditors is to be updated in future date

1