IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Draiman, Miriam

Printed: 7/5/05

Case Number: 05 B 20535
Judge: Doyle, Carol A
Filed: 5/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 30, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David Draiman | Secured | | No Claim Filed |
| 2. | First Commercial Bank | Secured | | No Claim Filed |
| 3. | Internal Revenue Service | Priority | | No Claim Filed |
| 4. | Cook County Treasurer | Priority | | No Claim Filed |
| 5. | American Express | Unsecured | | No Claim Filed |
| 6. | Altheimer & Gray | Unsecured | | No Claim Filed |
| 7. | Bank One | Unsecured | | No Claim Filed |
| 8. | American Express | Unsecured | | No Claim Filed |
| 9. | American Express | Unsecured | | No Claim Filed |
| 10. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 11. | Associated Bank of Chicago | Unsecured | | No Claim Filed |
| 12. | Arie Crown Hebrew Day School | Unsecured | | No Claim Filed |
| 13. | Bank Financial | Unsecured | | No Claim Filed |
| 14. | Bank One | Unsecured | | No Claim Filed |
| 15. | MBNA America | Unsecured | | No Claim Filed |
| 16. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| 17. | Chase Manhattan | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | Call One | Unsecured | | No Claim Filed |
| 20. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Azulay & Azulay | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Draiman, Miriam

Printed: 7/5/05

Case Number: 05 B 20535
Judge: Doyle, Carol A
Filed: 5/23/05

| | | | | |
|---|---|---|---|---|
| 26. | Chase Manhattan | Unsecured | | No Claim Filed |
| 27. | Discover Financial Services | Unsecured | | No Claim Filed |
| 28. | Elitzur Draiman | Unsecured | | No Claim Filed |
| 29. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 30. | Elan Financial Services | Unsecured | | No Claim Filed |
| 31. | First National Bank | Unsecured | | No Claim Filed |
| 32. | Moorehead & Associates | Unsecured | | No Claim Filed |
| 33. | Schwartz & Freeman | Unsecured | | No Claim Filed |
| 34. | Kupferber, Goldberg & Neimark | Unsecured | | No Claim Filed |
| 35. | Ashman & Stein | Unsecured | | No Claim Filed |
| 36. | MBNA America | Unsecured | | No Claim Filed |
| 37. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 38. | Schwartzberg Barnett & Cohen | Unsecured | | No Claim Filed |
| 39. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 40. | CPA | Unsecured | | No Claim Filed |
| 41. | Elitzur Draiman | Unsecured | | No Claim Filed |
| 42. | Metropolitan Life | Unsecured | | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 44. | Multi Media | Unsecured | | No Claim Filed |
| 45. | First USA | Unsecured | | No Claim Filed |
| 46. | Draiman, Miriam | Unsecured | | No Claim Filed |
| 47. | Dordek Rosenburg & Assoc | Unsecured | | No Claim Filed |
| 48. | Electric Insurance Trusees | Unsecured | | No Claim Filed |
| 49. | Wachovia Bank | Unsecured | | No Claim Filed |
| 50. | Draiman, Miriam | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate           Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

