IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| MIRIAM DRAIMAN, | ) | Case No. 05-20535 |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**NOTICE OF MOTION**

TO: See Attached List:

PLEASE TAKE NOTICE that on **Thursday, August 11, 2022, at 10:00 a.m.** I will appear electronically before the Honorable Carol A. Doyle or any judge sitting in her place and present the United States Trustee's **MOTION FOR ORDER SETTING STATUS CONFERENCE AND REQUIRING CHAPTER 7 TRUSTEE TO APPEAR**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 155 8289 and the **passcode** is **Doyle742**. Additional information can be found on Judge Doyle's webpage on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ *Adam Brief*
Adam Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 503-7104

## CERTIFICATE OF SERVICE

I, Adam Brief, Assistant U.S. Trustee, certify that on July 28, 2022, I caused to be served copies of this **NOTICE OF MOTION and MOTION FOR ORDER SETTING STATUS CONFERENCE AND REQUIRING CHAPTER 7 TRUSTEE TO APPEAR** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and for all other entities listed on the service list, *via* First Class US Mail.

/s/ Adam Brief

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

Horace Fox, Jr.        foxhorace@aol.com; Horacefoxjunior@gmail.com

**Parties Served via First Class Mail:**

Horace Fox, Jr.
1319 West Hood Avenue
Chicago, IL  60660

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| MIRIAM DRAIMAN, | ) | Case No. 05-20535 |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**UNITED STATES TRUSTEE'S MOTION PURSUANT TO
11 U.S.C. § 105(d) FOR ORDER SETTING STATUS CONFERENCE
AND REQUIRING CHAPTER 7 TRUSTEE TO APPEAR**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order setting a status conference pursuant to Section 105(d) of the Bankruptcy Code and requiring Trustee Horace Fox to appear. In support of his motion, the U.S. Trustee respectfully states as follows:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

**BACKGROUND**

3. On May 23, 2005, Miriam Draiman (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. On June 30, 2005, the Debtor's case was

1

converted to a case under Chapter 7 of the Bankruptcy Code, and Horace Fox, Jr. (the "Trustee")[1] was appointed trustee with the duties under 11 U.S.C. § 704.

4. On June 15, 2021, the Trustee's Final Report filed and served on parties in interest. *See* Dkt. No. 215. The hearing on the Trustee's Final Report was continued from time to time and was concluded on October 28, 2021. *See* Dkt. No. 219.

5. There are no docket entries after October 28, 2021.

6. Over the years and including the period after the Trustee's Final Report has been approved, AUST Brief and Shirley Bayliff, the Regional Supervisory Auditor for Region 11 of the United States Trustee Program, have been in communication with the Trustee about the urgent need him to submit a Final Account for this case so that it can be concluded.

7. Trustee Fox has not responded to the last five (5) periodic requests for an update as to when he will be filing his Final Account. The Trustee disbursed all of the estate funds following approval of the Final Report but has not yet accounted for same through his Final Account. The Trustee needs demonstrate that disbursements were made in accordance with the Final Report, and once that process has been completed, this case can be closed. The Trustee's lack of communication with the U.S. Trustee's Office is not limited to this case.

## RELIEF REQUESTED

8. The U.S. Trustee requests entry of an order (i) setting a status conference before the Court with regard to the Trustee's timeline for submitting his Final Account; and (ii) requiring that the Trustee appear at the status conference.

---

[1] Horace Fox resigned from the panel of trustees for the Northern District of Illinois and is winding down his last few cases.

9. Under Section 105(d)(1), and upon the request of a party in interest, the Court "shall hold such status conferences as a necessary to further the expeditious and economical resolution of the case." 11 U.S.C. § 105(d)(1).

10. The Trustee has a statutory duty to "collect and reduce to money the property of the estate for which the trustee serves, and close such estate as expeditiously as is compatible with the best interests of the parties in interest." 11 U.S.C. § 704(a)(1).

11. The U.S. Trustee believes that a status conference before the Court will assist the parties in moving the case toward closure, given the age of the case and recent lack of communication from the Trustee.

WHEREFORE, the U.S. Trustee respectfully requests that the Court enter an order (i) setting a status conference before the Court with regard to the Trustee's timeline for submitting his Final Account; (ii) requiring that the Trustee appear at the status conference; and (iii) granting such further relief as is just and proper.

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: July 28, 2022

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street
Chicago, IL  60604
(202) 503-7104

3